COPY

Peter R. Afrasiabi, Esq. (Bar No. 193336)
　pafrasiabi@onellp.com
Christopher W. Arledge, Esq. (Bar No. 200767)
　carledge@onellp.com
John Tehranian, Esq. (Bar No.211616)
　jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660

Attorneys for Plaintiff
Mavrix Photo, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>FANPOP, INC., a Corporation; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. CV10 7413 VBF FMOx<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT OF TWENTY-ONE PHOTOGRAPHS OF KATY PERRY**<br><br>**DEMAND FOR JURY TRIAL** |

Mavrix Photo, Inc. ("Mavrix"), by and through their attorneys of record, complains against Fanpop, Inc. ("Fanpop"), and DOES 1 through 10 (collectively, "Defendants") as follows:

### JURISDICTION AND VENUE

1. This is a civil action against Defendants for copyright infringement in breach of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq*. This Court has subject matter

16397.3

1

COMPLAINT

1. jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

2. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and the injury suffered by Plaintiff took place in this Judicial District. Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

## PARTIES

3. Plaintiff Mavrix is a corporation incorporated and existing under the laws of Florida, with offices located in Miami, Florida and Los Angeles, California.

4. Fanpop, Inc. is a corporation incorporated in Delaware with its principal place of business and headquarters in San Francisco, California.

5. Fanpop, Inc. owns and operates www.fanpop.com (the "Website").

6. Fanpop has not registered and has not designated an agent with the Copyright Office under the Digital Millennium Copyright Act.

7. The true names or capacities, whether individual, corporate or otherwise, of the Defendants named herein as DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.

8. Plaintiff is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

## FACTS COMMON TO ALL COUNTS

9. Mavrix is a prominent celebrity photography agency. Mavrix licenses its photographs to its end customers, the world's leading newspapers, television programs and magazines, like People or US Weekly.

10.  Despite having no permission, consent, or license to do so, in or around September of 2010, Fanpop reproduced, publicly distributed and publicly displayed on its website certain photographs belonging to Mavrix: 21 photos of pop star Katy Perry on vacation in the Bahamas owned by Mavrix and shot around July 18, 2010 and attached hereto as Exhibit 1 (the "Photos").

11.  Mavrix filed for copyright registration of the Photos within 90 days of their authorship and first publication, and the copyright registration receipt for these photos is attached hereto as Exhibit 2.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement, 17 U.S.C. § 501 Against All Defendants)

12.  Plaintiff Mavrix incorporates here by reference the allegations in paragraphs 1 through 11 above.

13.  Mavrix is the owner of all rights, title and interest in the copyrights to the Photos, which substantially consist of material wholly original with Plaintiff and which are proper copyright subject matter under the laws of the United States. Mavrix has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights. The Photos have been timely registered with the United States Copyright Office.

14.  Defendants, including DOE Defendants and Fanpop's principals whose full identity is not known today, have directly, vicariously and/or contributorily infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by reproducing, displaying, distributing and utilized the Photos for purposes of trade in violation of 17 U.S.C. § 501 *et seq*.

15.  On information and belief, Defendants have willfully infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by knowingly reproducing, displaying, distributing and utilizing the Photos for purposes of trade.

16. Defendants have received substantial benefits in connection with the unauthorized reproduction, display, distribution and utilization of the Photos for purposes of trade, including by increasing the traffic to Defendants' websites and, thus, increasing the advertising fees realized.

17. The Defendants' acts are and were performed without the permission, license or consent of Mavrix.

18. The wrongful acts of Defendants have caused, and are causing, great injury to Mavrix, of which damages cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Mavrix will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, Mavrix seeks a declaration that Defendants are infringing Mavrix's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Mavrix's copyrights..

19. Because of the willful nature of the copyright infringement and the timely registration, Mavrix is entitled to an award of statutory damages equal to $150,000 per infringement.

20. Mavrix has identified at least twenty-one instances of infringement on the Website by way of the unlawful reproduction and display of the Photos (as well as the unlawful facilitation of other's reproduction of the Photos), and is therefore entitled to an award of $3,150,000 in statutory damages by Defendant Fanpop, Inc.

21. Mavrix is also entitled to its attorney's fees in prosecuting this action under 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1. The Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all person in active concert or participation with them, be permanently enjoyed from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and

all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Plaintiff Mavrix's rights in the Photos.

2. Defendants be held liable to Plaintiff in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c) and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

3. An accounting be made for all profits, income, receipts or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

4. Requiring Defendants to account for and pay over to Plaintiff all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

5. Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

6. That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated: October 1, 2010

ONE LLP

By: _____
Peter Afrasiabi, Esq.
Attorneys for Plaintiff,
Mavrix Photo, Inc.

16397.3

5

**COMPLAINT**

## DEMAND FOR JURY TRIAL

Plaintiff Mavrix Photo, Inc. hereby demands trial by jury of all issues so triable under the law.

Dated: October 1, 2010

                                        **ONE LLP**

                                        By: _____
                                            Peter Afrasiabi, Esq.
                                            Attorneys for Plaintiff,
                                            Mavrix Photo, Inc.

# Exhibit 1





