Peter R. Afrasiabi, Esq. (Bar No. 193336)
    pafrasiabi@onellp.com
Christopher W. Arledge, Esq. (Bar No. 200767)
    carledge@onellp.com
John Tehranian, Esq. (Bar No.211616)
    jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Plaintiff
Mavrix Photo, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## 2:10-CV-07413-VBF-FMO

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FANPOP, INC., a Corporation; and DOES 1-10 INCLUSIVE,<br><br>　　　　Defendants. | Case No. CV 10-7413 VBF (FMOx)<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE** |

　　　Having reached terms of settlement, Plaintiff Mavrix Photo, Inc., and Defendant Fanpop, Inc. through their respective counsel hereby dismiss this action with prejudice under Rule 41(a) with each party to bear its own costs, expenses and attorneys fees.  A proposed order is attached for the Court's convenience.

/ / /

/ / /

/ / /

/ / /

18391.18332

1  Dated: March 1, 2011           **ONE LLP**

                                  By:   /s/ Peter R. Afrasiabi
                                        Attorney for Plaintiff
                                        Mavrix Photo, Inc.

8  Dated: March 1, 2011           **EZRA BRUTZKUS GUBNER LLP**

                                  By:   /s/ Robert Ezra
                                        Attorney for Defendant
                                        Fanpop, Inc.